**Opinion filed July 30, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00021-CV

_____

## KEITH SPROLES, Appellant

## V.

## CLYDE AMBURN, Appellee

**On Appeal from the County Court at Law No. 2**
**Taylor County, Texas**
**Trial Court Cause No. 7131**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that the parties have reached an agreement that necessitates the dismissal of this appeal. Appellant therefore requests that his appeal be dismissed. *See* TEX. R. APP. P. 42.1(a). Appellant has certified that Appellee does not oppose the motion to dismiss. Accordingly, we dismiss this appeal pursuant to the motion.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

July 30, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.